UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| WORLDWIDE FILM ENTERTAINMENT, LLC,    )<br>)<br>   Plaintiff,    )<br>)<br>v.    )<br>)<br>DOES 1 - 749    )<br>)<br>   Defendants.    )<br>_____ ) | <br><br><br><br><br>CA. 1:10-cv-00038-HHK |

### ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26(f) CONFERENCE

The Court has read all the papers filed in connection with the Plaintiff's Motion for Leave to Take Discovery Prior to the Rule 26(f) Conference ('Motion"), and considered the sworn declarations and issues raised therein, including the relevant privacy issues and the unique aspects of "torrent" infringement.

IT IS HEREBY ORDERED that the Motion for Reconsideration the Court's previous denial of entry of an Order on the Motion is granted.

IT IS FURTHER ORDERED that Plaintiff's Motion for Leave to Take Discovery Prior to the Rule 26(f) Conference is granted.

IT IS FURTHER ORDERED that the Plaintiff may serve immediate discovery any ISP identified by the same means detailed in the Declarations and Motion, or identified as providing network access or online services to one or more Doe Defendants, by an ISP upon whom a Rule 45 subpoena is served, for which an infringing download has been identified by individual IP address together with the date and time access to the torrent network by such IP address was

made for the purpose of downloading an unlawful copy of the Plaintiff's film "The Gray Man" (the "Motion Picture").  Such Rule 45 subpoena shall seek information sufficient to identify each Doe Defendant, including his or her name, address, telephone number, e-mail address, and Media Access Control Address.

IT IS FURTHER ORDERED THA any information disclosed to Plaintiff in response ti the Rule 45 subpoenas may be used by Plaintiff solely for the purpose of protecting the Plaintiff's rights under the Copyright Act.

Dated: January 26, 2010

_____
Hon. Henry H. Kennedy, Jr.
United States District Judge