UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| WORLDWIDE FILM ENTERTAINMENT, LLC, | * * * |
| Plaintiff, | * * CA. 1:10-cv-00038-HHK |
| v. | * * * |
| DOES 1-749 Defendants. | * * * |

**RECEIVED**

**MAR 2 2 2010**

Clerk, U.S. District and Bankruptcy Courts

<u>MOTION TO QUASH SUBPOENA</u>

Now comes DEFENDANT (Comcast File #: 152298) and moves this court for an order quashing the Subpoena To Produce Documents, Information, or Objects or To Permit Inspection of Premises ordering Comcast Cable Communications to produce my name, address, telephone number, e-mail address, and Media Access Control Address.

1. The grounds for this motion are that the Plaintiff has not sufficiently identified this Defendant, Comcast File #: 152298, as the person or persons responsible for the alleged infringement which occurred on 8/24/2009.
2. Defendant does not and has never had exclusive use, possession or control of Internet Protocol address 24.98.2.102.
3. Defendant did not and has not unlawfully downloaded an unlawful copy of Plaintiff's film "The Gray Man" (the "Motion Picture").
4. The information requested is confidential information provided to Comcast Cable Communications for the exclusive purposed of obtaining Comcast's cable services.

WHEREFORE, Defendant prays his motion to quash the subpoena be GRANTED.

Respectfully submitted,

_____

## CERTIFICATE OF SERVICE

      This is to certify that I have this day served Worldwide Film Entertainment, LLC with a copy of the **MOTION TO QUASH SUBPOENA** by U.S. mail with adequate postage attached to:

Worldwide Film Entertainment, LLC
199 Liberty Street S.W.
Leesburg, VA 20175

*And via fax and U.S. postage with adequate postage to:*

Comcast
c/o NE&TO
650 Centerton Rd.
Moorestown, NJ 08057

This the 18 day of March, 2010.

_____