UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| WORLDWIDE FILM ENTERTAINMENT, LLC,<br>　　Plaintiff,<br><br>　　　　　Vs.<br><br>DOES 1-749<br>　　Defendants.<br>　　　　&<br>Michelo Manna<br>　　Co-Defendant | )<br>)<br>)<br>)<br>)　CA. 1:10-cv-00038-HHK<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO QUASH

Comes now Co-Defendant, Michelo Manna, and files his Motion to Quash a subpoena duces tecum which was served on the Defendant at the request of the Plaintiff. In the alternative, guidance is sought from the Court on whether to turn over the records in question.

In support of his motion, Michelo Manna now states as follows:

1. The Co-Defendant has not had any knowledge of the claimed "torrent" infringement until contacted by his provider with a complaint filed by the plaintiff.

2. The information sought to be compelled by the subpoena duces tecum requires disclosure of privileged information.

3. The Co-Defendant has confirmed with the Defendants in this matter that the file mentioned is not currently available through any system that is in his control and;

**RECEIVED**

MAR 2 5 2010

Clerk, U.S. District and
Bankruptcy Courts

4. That the Co-Defendant at the time of the alleged "torrent" infringement was not aware that the connection was not secured through the Defendants services.

5. The connection is now secure and the Co-Defendant can assure the Court that this will never be an issue in the future.

6. The Co-Defendant now wishes to vacate this cause with prejudice.

WHEREFORE, the Co-Defendant prays that this Honorable Court find and Order as follows:

1. That this Motion be granted;

2. The Court enter an order quashing said subpoena duces tecum.

Respectfully submitted,

_____
Michelo Manna
Co-Defendant

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **WORLDWIDE FILM ENTERTAINMENT, LLC,** )<br>    Plaintiff, )<br> )<br>        Vs. )<br> )<br>**DOES 1-749** )<br>    Defendants. )<br>        & )<br>**Michelo Manna** )<br>    Co-Defendant )| CA. 1:10-cv-00038-HHK |

### ORDER FOR MOTION TO QUASH

Comes now the Co-Defendant, Michelo P. Manna, now states as follows:

1. The Co-Defendant has not had any knowledge of this claim until filed with the Court and copied by his service provider.
2. The co-Defendant now wishes to quash the subpoena duces tecum.

I, Michelo P. Manna, affirm under penalties for perjury that the above and foregoing representations are true and correct to the best of my knowledge and belief.

_/s/ Michelo P. Manna_
_____
Michelo P. Manna,
Co-Defendant
395 Lahonda Dr.
Valparaiso, IN 46385

File Stamp Here

## CCS ENTRY FORM
## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

CA.     1:10-cv-00038-HHK

CAPTION:    WORLDWIDE FILM ENTERTAINMENT vs. DOES 1-749

The activity of the Court should be summarized as follows on the Chronological Case Summary (CCS):
**THE CO-DEFENDANT FILES A MOTION TO QUASH, PROPOSED ORDER AND REQUESTS TO VACATE THE SUBPOENA DUCES TECUM. GRANTED. OPF.**

_____
**MICHELO P. MANNA**
**Co-Defendant**

**OPPOSING COUNSEL/PARTY**
Thomas M. Dunlap, Dunlap, Grubb & Weaver, PLLC
199 Liberty Street S.W., Leesburg, VA 20175

------------------------------------------------------------
## CERTIFICATE OF SERVICE

I certify that on the  23  day of March      , 2010 a copy of the above and foregoing pleading or paper was served upon each party or attorney of record by mailing the same properly addressed and with sufficient first class postage affixed, by personal service.

_____

This CCS Entry Form shall be:
[ ] Placed in case file
[ ] Discard after entry on the CCS
[ ] Mailed to all counsel by:_Counsel_Clerk_Court
[ ] There is no attached order: or
The attached order shall be placed in the RJO: Yes[ ] No[ ]

    DATE_____     APPROVED_____
                                            United States District Judge