UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

WORLDWIDE FILM
ENTERTAINMENT, LLC,

Plaintiff,

vs.                                   Civil Action No. 1:10-cv-00038-HHK

DOES 1-479,

Defendant.
_____/

**RECEIVED**

MAR 26 2010

Clerk, U.S. District and
Bankruptcy Courts

## MOTION TO QUASH

COMES MARK PAUL of Fort Myers, Lee County, Florida, and moves to quash the Subpoena served upon Comcast Cable Communications (Comcast) in this civil action requiring them to provide certain information to the Plaintiff. As grounds for this Motion I show the Court as follows:

1. I have for the last 27 years resided in Lee County, Florida. I have never been to Washington, D.C. Lee County, Florida is roughly 1,000 miles from Washington, D.C.

2. If I read the Court's January 26, 2010, Order correctly and Comcast is required to provide the information stated in the Subpoena I will be made a named party to this action and required to defend myself in Washington, D.C., a place well over 100 miles from home.

To require such a defense would be oppressive and create an undue burden upon me. Given the Lee County, Florida, economy, my employment situation, and the expenses that I would have to pay this should not be allowed.

3. It appears that this Subpoena is a back-handed way of avoiding filing suit in the Court where the venue of a case against me would properly lie, in my case the United States District

Court for the Middle District of Florida, Fort Myers Division, or the Small Claims Division of the County Court of Lee County, Florida, Fort Myers, Florida.

Evidently, the Plaintiff has represented to the Court that its software and hardware systems are not sophisticated enough to detect who is downloading their movie and therefore must go through Comcast and thereby avoid the venue rules.

Therefore, I move that the Comcast Subpoena be quashed as violating Fed. R. Civ. P. 26(c)(1) and 45(c)(1) and (3).

I swear that the above information is true and correct to the best of my knowledge.

_____
**MARK PAUL**
6251 Thomas Road
Fort Myers, FL 33912

I have mailed the original Motion to the Clerk of Court, United States District Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington, D.C. 20001, and a copy to Comcast Cable Communications by fax (866-947-5587) and by regular U.S. mail to THOMAS M. DUNLAP, ESQ., 199 Liberty Street S.W., Leesburg, VA 20175, this 23rd day of March, 2010.

_____
**MARK PAUL**

Motion to Quash

- 2 -