| | |
|---|---|
| ☒County Court  ☐District Court<br>Denver County, Colorado<br>Court Address: 1515 Cleveland Pl. 4th Floor<br>Denver, Co. 80202 (303) 640-5161 | **RECEIVED**<br><br>MAR 3 1 2010<br><br>Clerk, U.S. District and<br>Bankruptcy Courts |
| Plaintiff(s)/Petitioner(s) *Worldwide Film Entertainment, LLC*<br><br>v<br><br>Defendant(s)/Respondent(s): *Does 1-749* | ▲   **COURT USE ONLY**   ▲ |
| Attorney or Party Without Attorney (Name and Address). | Case Number *Civil action #*<br>*1:10-CV-00038-HHK* |
| Phone Number         E-mail:<br>FAX Number.          Atty. Reg. # | Division      Courtroom |

**MOTION TO** *Quash / Vacate the Subpoena*

For the following reasons: (cite any applicable law), *My computer was infected with a virus that was installed without my knowledge or permission and is responsible for any and all acts of infringement of a copyrighted work. Upon receiving notification of the subpoena from my internet provider on 3/10/10. My son-in-law's brother used "hijackthis" to search for any suspect applications. There were many which prompted him to reformat, reinstall a fresh copy of windows, and helped me purchase anti-virus software to prevent this from re-occurring. I have a copy of my confirmation of purchase for the anti-virus software that I purchased on 3/14/10 that can be provided if needed.*

I request the Court to:

*Quash or vacate the Subpoena to produce documents, information, or objects or to permit inspection of premises in a civil action.*

Date: *03-23-2010*

☐Petitioner/Plaintiff  or  ☑Respondent/Defendant

Address

City, State and Zip Code

Telephone Number (Home)          (Work)

**CERTIFICATE OF MAILING**

I certify that on *03-23-2010*          (date) a true and accurate copy of the Motion to *Quash or Vacate the Subpoena* was served on the other party by:

☐Hand Delivery, ☐E-filed, ☐Faxed to this number _____, **or**

☑by placing it in the United States mail, postage pre-paid, and addressed to the following:

To. *Thomas M. Dunlap, Dunlap, Grubb & Weaver, PLLC.*
*199 Liberty Street S.W.*
*Leesburg, VA 20175*

☐Petitioner/Plaintiff or ☑Respondent/Defendant

❏ District Court   ☒ County Court
Denver County, Colorado
Court Address: 1515 Cleveland Pl 4th floor
Denver Co 80202 (303) 640-5161

Plaintiff(s)/Petitioner(s) *Worldwide Film Entertainment LLC*

v

Defendant(s)/Respondent(s)

*Does 1-749*

|  |
|---|
| ▲   **COURT USE ONLY**   ▲ |
| Case Number *Civil Action #*<br>*1:10-cv-00038-HHK* |
| Division          Courtroom: |

## ORDER

Upon consideration of the Motion to _____ of the ❏ Petitioner/Plaintiff OR
❏ Respondent/Defendant, it is hereby ordered that:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Dated _____        BY THE COURT:


_____

❏   Judge   ❏   Magistrate

JDF 77   5/02   ORDER