United States District Courts
for the
District of Columbia

**RECEIVED**
APR - 2 2010
Clerk, U.S. District and
Bankruptcy Courts

DOES 1-749
  Defendant

VS.

Civil Action No. 1:10-CV-00038-HHK

WORLDWIDE FILM ENTERTAINMENT, LLC
  Plaintiff

## MOTION TO QUASH OR VACATE THE SUBPOENA

TO: WORLDWIDE FILM ENTERTAINMENT, United States District Courts for the District of Columbia, AND Comcast Cable Communications, Attn: Colin Padget/Legal Response Center

I DOES 1-749 (Defendant) is filing this Motion to quash or vacate the subpoena, Docket Number 1:10-CV-00038-HHK by the Court.

CAUSES: ① I DOES 1-749 had NO knowledge that; Intellectual Property - Copyrights, (17:101) Copyright Infringements, was being done or even being uploaded and/or downloaded by Internet from WORLDWIDE Film Entertainment, LLC, by his or her computer, or even on his or her computer.

② I, Does 1-749 does Now have his or her computer under control AND is Now being monitored, So if this is what have been happing it will not happen again on (Does 1-749) his or hers computer.

③ I Does 1-749 is Now throwing myself on the mercy of the Courts to have this quash or vacated. This is a very strong hardship for me, All of this being over a 100 miles away, And me not having any knowledge of this at all.

Date: 03/24/2010

"Thank you very much"

To: Clerk of Court

Does 1-174 Signature _____

Comcast Cable Communications:
Attn: Colin Padget / Legal
Response Center.

This is a copy of the Motion I am filing with the U.S. District Court
  Dist. of Columbia

I sented this Same Copy to: US Dist Court, Dist of Columbia, Comcast Cable, And to Comcast Cable, And also to Worldwide Film Entertainment, LLC

Ms. Gwen Woodson
5001 Plaza Dr
Fort Wayne, IN. 46806

*Gwen Woodson*