**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| WORLDWIDE FILM ENTERTAINMENT, LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) CA. 1:10-cv-00038-HHK-DAR |
| v. | )<br>) |
| DOES 1 - 749 | )<br>) |
| Defendants. | )<br>) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE [Fed. R. Civ. P. 41(a)(1)(A)(i)]**

Pursuant to the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i), Plaintiff hereby gives notice of dismissal without prejudice, with such notice being made before any opposing party served either an answer or a motion for summary judgment.

                                                     Respectfully submitted,
                                                     WORLDWIDE FILM ENTERTAINMENT, LLC

**DATED**: August 9, 2010

                                    By:    /s/ Thomas M. Dunlap
                                                 Thomas M. Dunlap (D.C. Bar # 471319)
                                                 Nicholas A. Kurtz (D.C. Bar # 980091)
                                                 DUNLAP, GRUBB & WEAVER, PLLC
                                                 1200 G Street, NW Suite 800
                                                 Washington, DC 20005
                                                 Telephone: 202-316-8558
                                                 Facsimile: 202-318-0242
                                                 tdunlap@dglegal.com
                                                 nkurtz@dglegal.com
                                                 *Attorney for the Plaintiff*